CITY EQUITY CO., Respondent, v. ELM PARK REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the City Equity Company against the Elm Park Realty Company and Jacob I. Housman, impleaded with Mary E. Housman, wife of Jacob I. Housman. No opinion. Motion denied, without costs. See, also, 120 N. Y. Supp. 437.